(138 So. 923)

John McNEEZER, alias McNesia, v. STATE.
6 Div. 34.

Court of Appeals of Alabama.
Dec. 15, 1931.

BRICKEN, P. J.
Appeal dismissed.

(132 So. 920)

Ben McNUTT, alias, etc., v. STATE.
8 Div. 120.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Appeal dismissed.

(132 So. 920)

Hunt McVAY v. STATE.
8 Div. 222.

Court of Appeals of Alabama.
March 24, 1931.

RICE, J.
Appeal dismissed.

(137 So. 923)

Elmer MALOY v. STATE.
4 Div. 809.

Court of Appeals of Alabama.
Nov. 10, 1931.

See, also, ante, p. 123, 130 So. 902.

SAMFORD, J.
Appeal dismissed.

(137 So. 923)

Irby MALOY v. STATE.
4 Div. 810.

Court of Appeals of Alabama.
Nov. 10, 1931.

RICE, J.
Appeal dismissed.

(131 So. 923)

Earl MARION v. STATE.
8 Div. 12.

Court of Appeals of Alabama.
June 24, 1930.

Rehearing Denied Aug. 19, 1930.

E. C. Nix, of Decatur, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted on a charge of violating the prohibition law.

The evidence was in conflict, and presented a jury question. The court did not err in refusing the defendant the general charge.

There is no error in the record, and the judgment is affirmed.

Affirmed.